UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - **CHANGE OF PLEA**

Case No. <u>CR 04-1235-DT</u>        Date: <u>October 21, 2004</u>

Interpreter: _____

================================================================

PRESENT: HONORABLE DICKRAN TEVRIZIAN, U.S. DISTRICT JUDGE

<u>Valencia R. Vallery</u>              <u>Lori Muraoka</u>
Courtroom Deputy                    Court Recorder

================================================================

U.S.A. vs Deborah Cox (BOND)

**GOVERNMENT COUNSEL**                **DEFENSE COUNSEL**
AUSA(s): Edward Moreton               Craig T. Wormley, Rtnd.


PROCEEDINGS:   CHANGE OF PLEA

Defendant states true name is Deborah Ann Cox. Defendant is sworn. Defendant enters new and different plea of **Guilty** to Count 1 of the Indictment.

The Court finds the plea to have a factual basis, free of any coercive influence, voluntarily made with full knowledge of the charges against the defendant, the consequences of the plea; that there have been no promises of any kind made to the defendant by anyone and no threats or coercion have been exerted upon the defendant in any manner. The Court orders the plea accepted and entered. Court orders plea agreement incorporated into proceedings.

The Court refers the defendant to the Probation Office for investigation and report and sets the sentencing for:

<u>January 3, 2005</u>, at <u>1:30 P.M.</u>

**Court ORDERS preparation of a Presentence Report.** Defendant ordered to return. Bail to stand.


cc: USPO

ENTER ON ICMS

OCT 22 2004

MO: CR Change of Plea              Initials of Deputy Clerk _____